# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DALLAS RAY VARVA,       : No. 190 MM 2014

              Petitioner      :

           v.            :

CLERK OF CRIMINAL COURTS OF    :
MONROE COUNTY,         :

             Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of January, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for Appointment of Counsel are **DENIED**.